# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ERIC O. MOORE,

 Plaintiff,

VS. Case No. 04-2865-D

DRUG ENFORCEMENT AGENCY,

 Defendant.

## MOTION TO REINSTATE

Comes now Plaintiff, Eric O. Moore, by and through his attorney and respectfully moves this Court for an order to reinstate the above entitled case to the regular trial docket on the following grounds:

Movant states that service of summons and process was effectuated upon the Defendant-D.E.A. on or about November 2, 2004, by certified U.S. Mail return receipt requested (See composite Exhibit "1" attached). Since said time, two (2) amended petitions have been filed and served upon Defendant-D.E.A.

Movant's attorney also states that he never received notice of the April 21, 2005 scheduling conference.

WHEREFORE, Movant respectfully requests that the Order of Conditional Dismissal, entered April 25, 2005, be dismissed and held for naught and that this action be placed on the regular trial docket.

(1)

**MOTION GRANTED**
DATE: May 23, 2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-24-05

Respectfully submitted,

*[signature]*

Handel R. Durham, Jr.
Attorney for Movant
100 N. Main Bldg., Suite 2601
Memphis, Tennessee 38103
Tel. No. (901) 543-0866
Fax No. (901) 543-0865

## Certification

I, hereby certify that a copy of the foregoing Motion to Reinstate was hand delivered to Christopher Cotton, Assistant U.S. Attorney, 167 N. Main St., Suite 800, Memphis, Tennessee 38103, and was forwarded by ordinary U.S. Mail to Richard A. Medema, Senior Attorney, Asset Forfeiture Section, D.E.A., HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, this 16th day of May, 2005.

*[signature]*

Attorney for Movant

(2)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02865 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT